UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON WILLE
an individual,

        Plaintiff,

v.

Case No.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,
a foreign corporation,

        Defendant.
_____/

## COMPLAINT

NOW INTO COURT, comes Plaintiff, Sharon Wille, by and through undersigned counsel, and hereby sues Defendant, The Lincoln National Life Insurance Company, and for a cause of action states as follows:

### JURISDICTION

1. This is a cause of action arising out of 29 U.S.C. Section 1001, *et seq.*, the Employee Retirement Income Security Act ("ERISA").

### VENUE

2. At all times material hereto Defendant was doing business within the Middle District of Florida, out of which business this cause of action arises.

### PARTIES

3. Plaintiff, Sharon Wille, is a citizen of the State of Florida, County of Osceola, and is an individual of the full age of majority.

4. Defendant, The Lincoln National Life Insurance Company, is a foreign corporation authorized to do and doing business in the State of Florida, within the Middle District of Florida.

## GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

5. At all times material hereto, Plaintiff was an employee of Mike Sell's Snack Food Company. In connection with said employment, Plaintiff was entitled to benefits pursuant to an Employee Welfare Benefits Plan, as that term is defined in ERISA. Among other benefits, Plaintiff was entitled to group Short Term and Long Term Disability benefits.

6. Defendant issued a Policy of Insurance (hereinafter the "Policy") insuring both the Short Term and Long Term Disability benefits made the subject of this cause of action. Attached hereto as Composite Exhibit A are the documents in Plaintiff's possession evidencing that obligation.

7. Defendant is the party charged with administering and rendering benefit determinations for both Short Term and Long Term Disability benefits claims.

8. Defendant is the party charged with paying any such claims out of its own assets.

9. As a result of the allegations contained in Paragraphs Six (6) through Eight (8) above, Defendant was operating under a conflict of interest in the decision making process relative to the benefit entitlements made the subject of the instant cause of action.

10. As a result of said conflict of interest, the adverse benefits determinations made the subject of this cause of action were tainted and materially and adversely impacted thereby.

11. All conditions precedent to the bringing of this cause of action have been met or waived by Defendant.

12. Plaintiff has complied with all administrative appeal procedures required by the Defendant, to no avail.

13. Plaintiff has retained the law firm of Herbert M. Hill, P.A. and has agreed to pay a reasonable fee for services rendered in this matter.

### Count I - SHORT TERM DISABILITY

14. The allegations of paragraphs One (1) to 13 above are incorporated herein.

15. Notwithstanding Defendant's conflicted benefits determination to the contrary, Plaintiff is, and for all periods of time material hereto has been, totally disabled, as that term is defined in the Policy, and is entitled to payment of Short Term Disability benefits, as called for in the Policy, for the period of time called for therein.

16. Plaintiff is entitled to Short Term Disability benefits from June 12, 2015 to December 10, 2015.

### Count II - LONG TERM DISABILITY

17. The allegations of paragraphs One (1) to 13 above are incorporated herein.

18. Notwithstanding Defendant's conflicted benefits determination to the contrary, Plaintiff is, and for all periods of time material hereto has been, totally disabled, as that term is defined in the Policy, and is entitled to payment of Long Term Disability benefits, as called for in the Policy, for the period of time called for therein.

19. Plaintiff is entitled to Long Term Disability benefits from December 11, 2015 to

date and continuing.

WHEREFORE, Plaintiff prays for entry of a Judgment in her favor awarding the relief outlined in Paragraphs 16 and 19 above and for interest, attorney's fees and costs.

DATED: May 10, 2019

_____
Herbert M. Hill, Esquire, Trial Counsel
Florida Bar No. 328464
Michael Ann Woodard, Esquire
Florida Bar No. 116479
Herbert M. Hill, P.A.
Post Office Box 2431
Orlando, FL 32802
Office: 407/839-0005
Fax:    407/839-1118
Email:  hmh@herbertmhill.com
        Maw@herbertmhill.com
Counsel for Plaintiff